FILED

12/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0409

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0409

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

KATHERINE ANNE PROCTOR,

     Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for leave to file an overlength brief, and good cause appearing,

It is ORDERED that Appellant is granted leave to file an opening brief of no more than 12,460 words.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
December 13 2024